

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-21-00047-CR |
| State, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| RICHARD COURTLAND, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 201850C11534) |
| | § | |

## **O R D E R**

Pending before the Court is the State's motion to abate the appeal and remand the case to the trial court to enter findings of fact and conclusions of law. The motion is GRANTED. The above-styled and numbered appeal is abated and the cause is remanded to the trial court for entry of written findings of fact and conclusions of law. The trial court shall file the written findings and conclusions with the county clerk no later than July 15, 2021. The county clerk shall include the findings and conclusions in a supplemental clerk's record and forward it to this Court no later than July 26, 2021. The appeal will be reinstated by order of the Court after the supplemental clerk's record is filed. The State's brief will be thirty days after the case is reinstated.

IT IS SO ORDERED this 15th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.